UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>Plaintiff,<br><br>v.<br><br>M. VOONG, et al.,<br><br>Defendants. | No. 2:18-cv-0016 DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 30, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: December 4, 2018

/bh
spri0016.36amd

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE